**GROUP EXHIBIT 1**

## IN THE UNITED STATES DISRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JANE DOE,                                        )
                                                 )
         Plaintiff,                     )
                                                 )          Case No.:
   v.                                        )
                                                 )
RYAN ZEINALPOOR-MOVAHED, an individual           )
                                                 )
         Defendant.                     )

**INDEX To *Doe v. Movahed, 22 L 11496* Case Docket**

| INDEX PAGE RANGE | CONTENT | FILE DATE |
|---|---|---|
| 001-002 | Case Summary Docket | N/A |
| 004-005 | Summons (partial) | 12-29-2022 |
| 007-016 | Complaint | 12-29-2022 |
| 018 | Order granting Petition To Proceed Under A Fictitious Name (Motion filed under seal and not available but referenced in docket) | 12-29-2022 |
| 020 | Notice of Zoom Case Management | 01-25-2023 |
| 022-024 | Return of Service Affidavit – Sheriff King County, Washington | 02-01-2023 |

Stephen Scallan
**STAES & SCALLAN, P.C.**
53 W. Jackson St.
Suite 560
Chicago, Illinois 60604
(312) 631-3139
ARDC No. 6230195
stevescallan@staesandscallan.com
*Attorneys for Ryan Zeinalpoor-Movahed*

District 1

## Case Summary

Case No. 2022L011496

| Jane Doe -vs- Ryan Zeinalpoor-Movahed | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, C** |
| | § | Filed on: | **12/29/2022** |
| | § | Cook County Attorney Number: | **41580** |

---

### Case Information

| | Case Type: | Intentional Tort - Jury |
| | Case Status: | 12/29/2022 Open |

### Assignment Information

**Current Case Assignment**
Case Number 2022L011496
Court District 1
Date Assigned 12/29/2022
Judicial Officer Calendar, C

---

### Party Information

*Lead Attorneys*

**Plaintiff** **Doe, Jane** **Siehl, Whitney Kendall**
*Retained*

**Defendant** **Zeinalpoor-Movahed, Ryan**
921 NW 63rd St
Seattle, WA 98107
DOB: 04/24/1991

---

### Events and Orders of the Court

02/28/2023 **First Time Case Management** (9:30 AM) (Judicial Officer: Durkin, Melissa A.)
Resource: Location L2203 Court Room 2203
Resource: Location D1 Richard J Daley Center

02/01/2023 Affidavit Of Service Of Summons Outside Illinois Filed
*Affidavit from King County Sheriff of Washington - Return of Service*
Party: Plaintiff Doe, Jane

01/25/2023 Electronic Notice Sent
Party: Plaintiff Doe, Jane
Party 2: Attorney Siehl, Whitney Kendall

01/25/2023 Postcard Generated
Party: Defendant Zeinalpoor-Movahed, Ryan

12/29/2022 Leave To File Under A Fictitious Name-Allowed (Judicial Officer: Flannery, James P)
Party: Plaintiff Doe, Jane

12/29/2022 Impound Exhibits Or Documents - Allowed - (Judicial Officer: Flannery, James P)

**District 1**

## Case Summary

### Case No. 2022L011496

Party: Plaintiff Doe, Jane

| | |
|---|---|
| 12/29/2022 | New Case Filing |
| 12/29/2022 | Intentional Tort Complaint Filed (Jury Demand) |
| | *Complaint at Law* |
| | Party: Plaintiff Doe, Jane |
| | Party 2: Attorney Siehl, Whitney Kendall |
| 12/29/2022 | Summons Issued And Returnable |
| | Party: Plaintiff Doe, Jane |
| | Party 2: Attorney Siehl, Whitney Kendall |
| 12/29/2022 | Exhibits Filed |
| | *Sealed version of Complaint at Law* |
| | Party: Plaintiff Doe, Jane |
| | Party 2: Attorney Siehl, Whitney Kendall |

All Law Dlvision Trial Courts approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
For more Information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Add4906-/SelectTab/12
Remote Court date: 2/28/2023 9:30 AM

| CIRCUIT COURT | **SUMMONS** | FILED |
|---|---|---|
| Cook _____ COUNTY | | 12/29/2022 1:09 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L011496<br>Calendar, C<br>20838183 |

| **Instructions ▼** | |
|---|---|
| Enter above the county name where the case was filed. | Jane Doe<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Ryan Zelnalpoor-Movahed, an Individual<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box If this is not the 1st Summons Issued for this Defendant.) |

Case Number

*(vertical stamp)* KING COUNTY SHERIFF 2022 DEC 30 PM 3:49 RECEIVED CIVIL

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help on 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last):* Ryan Zelnalpoor-Movahed<br>Registered Agent's name, if any: _____<br>Street Address, Unit #: 921 NW 63rd Street<br>City, State, ZIP: Seattle, WA 98107<br>Telephone: (815) 566-2893 Email: ryanmovahed@gmail.com |
|---|---|
| In 1b, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last):* _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff  ☑ Sheriff outside Illinois: King County, Seattle, WA<br>_County & State_<br>☐ Special process server  ☐ Licensed private detective |

SU-S 1503.2

Index 004
Page 1 of 4

(06/21)

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: $ 5,000,000.0 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact Information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Whitney K. Siehl<br>Street Address, Unit #: 455 N. Cityfront Plaza Dr., Suite 2410<br>City, State, ZIP: Chicago, IL 60611<br>Telephone: (708) 628-4949        Email: WhitneyS@hbsslaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>☐ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: 50 W. Washington<br>City, State, ZIP: Chicago, IL 60602 |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☑ b. Attend court:<br>On: 2/28/23 at 9:30 ☒ a.m. ☐ p.m. in 2203<br>        *Date*        *Time*                *Courtroom*<br>**In-person at:**<br>_____<br>*Courthouse Address*   *City*        *State*    *ZIP*<br>OR |
| In 4b, fill out:<br>•The court date and time the clerk gave you.<br>•The courtroom and address of the court building.<br>•The call-in or video information for remote appearances (if applicable).<br>•The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: (312) 626-6799<br>                    *Call-in number for telephone remote appearance*<br>By video conference: _____<br>                        *Video conference website*<br>ID: 922 9776 9842     PSWD: 184216<br>*Video conference log-in information (meeting ID, password, etc.)*<br><br>Call the Circuit Clerk at: _____ or visit their website<br>                    *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>      *Website* |

12/29/2022 1:09 PM IRIS Y. MARTINEZ

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br><br>**Clerk of the Court:** _____ |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

*Seal of Court*



FILED
12/29/2022 1:09 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L011496
Calendar, C

6-Person Jury

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Jane Doe,                       )
                Plaintiff,      )
                                )
        vs.                     )       Case No.:
                                )
Ryan Zeinalpoor-Movahed,        )       PLAINTIFF DEMANDS
an individual,                  )       TRIAL BY JURY
                                )
                Defendant.      )

RECEIVED CIVIL
2022 DEC 30 PM 3:49
KING COUNTY SHERIFF

## COMPLAINT AT LAW

Plaintiff, Jane Doe, against Defendant, Ryan Zeinalpoor-Movahed, an individual, complains as follows:

1.      This Complaint arises from Defendant's unwanted sexual conduct with Plaintiff including assault, battery, false imprisonment, sexual assault, and rape.

2.      Jurisdiction and Venue are proper because the events giving rise to the claim occurred in Cook County, Illinois.

3.      Plaintiff is a resident of Washington, D.C.

4.      Upon information and belief, Defendant is resident of Seattle, Washington.

## I.      FACTS COMMON TO ALL COUNTS

5.      Plaintiff and Zeinalpoor-Movahed visited Chicago in December 2020, as both of their families live in the area. Plaintiff and Zeinalpoor-Movahed were in a dating relationship and had been friends for over a year.

6.      On December 29, 2020, Plaintiff and Zeinalpoor-Movahed were staying at Hotel Zachary and went to Sheffield's Beer Garden with three of Zeinalpoor-Movahed's friends.

7.      As the night went on, Plaintiff became extremely intoxicated consuming alcohol

- 1 -

at the hotel and restaurant. She is a relatively thin person (5'8" and ~125 pounds) and therefore could become very intoxicated fairly easily.

8.     After leaving the restaurant, Zeinalpoor-Movahed invited his friends back to their hotel suite.

9.     Plaintiff started feeling nauseous when they were in the car on the way back to the hotel. She rolled the window down for some air to help with the nausea.

10.     Plaintiff felt incredibly dizzy, nauseous, and unstable. She sat in front of the toilet in the hotel room bathroom, throwing up repeatedly, and saw vomit on the bed sheets.

11.     Plaintiff recalls being in bed confused about what time it was and if the friends were still there. She was still intoxicated and had been throwing up from alcohol consumption for several hours. She realized she was naked, and believed Zeinalpoor-Movahed removed her clothes.

12.     Zeinalpoor-Movahed pressed his body against Plaintiff with his full erection on her bottom with his penis near her vaginal opening and repeatedly told her he wanted to "put [his] penis inside [her]." Plaintiff said no. Zeinalpoor-Movahed asked over and over. Plaintiff said "no" to his requests for sex multiple times. She was feeling afraid, exhausted, sore from vomiting, had a terrible stomachache, and was still intoxicated.

13.     Zeinalpoor-Movahed continued to pressure Plaintiff to have sex even though she was highly intoxicated. Zeinalpoor-Movahed got on top of Plaintiff and inserted his penis into her vagina. Plaintiff did not consent and just laid there feeling numb and frozen and sick.

14.     Through these actions, Zeinalpoor-Movahed imprisoned Plaintiff in the room and sexually assaulted her.

- 2 -

15. Plaintiff was frozen solid in fear and shock. She did not consent, reciprocate, or respond in any way the entire time Zeinalpoor-Movahed was sexually assaulting her. She did not have the strength to push Zeinalpoor-Movahed off her. While Zeinalpoor-Movahed was sexually assaulting her, he told Plaintiff that her "reluctance is a turn on."

16. Zeinalpoor-Movahed sexually assaulted Plaintiff without her consent after she repeatedly said no. He did this knowing she was intoxicated and incapable of consenting to the sexual assault or to resist the sexual assault.

17. Plaintiff woke up the next day feeling absolutely awful and violated by Zeinalpoor-Movahed. She felt shocked, angry, and betrayed.

18. When she confronted Zeinalpoor-Movahed he angrily responded he could not help but get turned on and erect by looking at her or by being in bed with her.

19. During this conversation, Zeinalpoor-Movahed also commented that he had found Plaintiff "passed out" on the bathroom floor. He obviously knew she was incapacitated and unable to consent to sex.

20. Plaintiff Zeinalpoor-Movahed returned to Seattle on December 30, 2020, separately.

21. The sexual assault has been incredibly mentally and emotionally traumatizing for Plaintiff. Recalling that night has triggered panic attacks. Plaintiff was in shock and then felt incredibly disgusted, hurt, and betrayed that Zeinalpoor-Movahed would sexually assault her when she was in a completely vulnerable state.

22. The sexual assault brought on a depression Plaintiff had not experienced before. She was exhausted, sad, and sick to her stomach.

- 3 -

23. After the sexual assault, Plaintiff was diagnosed with PTSD. She has experienced severe panic attacks, including one that resulted in her passing out. She feels anxiety that she might see Zeinalpoor-Movahed and feels like she is constantly looking over her shoulder worried she will encounter him in person.

24. After the assault, Plaintiff took leave from work for over a month to obtain a DVPO and focus on healing. She was unable to think about anything else. Returning to work was challenging as the sexual assault impacted her focus, energy levels, and motivation. Getting caught up with what she missed was challenging and especially difficult in a remote environment.

## COUNT I

### CIVIL BATTERY

25. Plaintiff Jane Doe restates and incorporates by reference the preceding paragraphs as if fully set forth herein.

26. Defendant Zeinalpoor-Movahed acting intentionally and without provocation and not in self-defense, did commit an unwanted contact with Plaintiff's person or property in a harmful or offensive manner, including, but not limited to, causing sexual contact between Zeinalpoor-Movahed and Plaintiff.

27. Zeinalpoor-Movahed committed an unwanted sexual battery upon Plaintiff without her consent, while she was too intoxicated to consent or resist and Zeinalpoor-Movahed knew that the Plaintiff was unable to give knowing consent.

28. As a direct and proximate result Zeinalpoor-Movahed's battery of Plaintiff, Plaintiff was injured and incurred medical expenses and other economic damages and is obligated to expend sums of money for medical care and attention in an effort to alleviate her

pain and suffering, emotional distress, and mental anguish. She was unable, and continues to be unable, to pursue her usual activities and employment to the same degree, due to her psychological and emotional injuries and damages.

WHEREFORE, Plaintiff, seeks judgment against Defendant, in an amount in excess of the jurisdictional minimum of this Court, and any and all other relief to which she may be entitled.

## COUNT II

## ASSAULT

29.     Plaintiff Jane Doe restates and incorporates by reference the preceding paragraphs as if fully set forth herein.

30.     Zeinalpoor-Movahed, without cause or provocation, intended to cause reasonable apprehension of an imminent, harmful or offensive conduct against Plaintiff. He did so by approaching the Plaintiff in such a way to make to make her fear imminent bodily harm while she was too intoxicated to consent or resist and Zeinalpoor-Movahed knew that Plaintiff was unable to give knowing consent.

31.     Zeinalpoor-Movahed's actions did, in fact, cause Plaintiff to fear imminent harmful or offensive contact by Zeinalpoor-Movahed.

32.     As a direct and proximate result of intentional acts, Plaintiff was placed in immediate and reasonable fear for her safety, thereby causing her severe mental anguish and distress, to her detriment.

33.     As a direct and proximate result of the above, Plaintiff was injured and incurred medical expenses and other economic damages and is obligated to expend sums of money for medical care and attention in an effort to alleviate her pain and suffering, emotional distress, and

- 5 -



mental anguish. She was unable, and continues to be unable, to pursue her usual activities and employment to the same degree, due to her psychological and emotional injuries and damages.

WHEREFORE, Plaintiff, seeks judgment against Defendant, in an amount in excess of the jurisdictional minimum of this Court, and any and all other relief to which she may be entitled.

## COUNT III

### FALSE IMPRISONMENT

34.   Plaintiff Jane Doe restates and incorporates reference the preceding paragraphs as if fully set forth herein.

35.   Plaintiff was willfully detained by Zeinalpoor-Movahed, without her consent, while he battered, assaulted and attempted to assault her.

36.   Zeinalpoor-Movahed willfully detained Plaintiff through physical force and/or through intimidation.

37.   During the time Plaintiff was detained, Plaintiff was too intoxicated to provide any consent and/or to resist, and Defendant groped and inserted his penis in her vagina against her will, and Defendant knew that the Plaintiff was unable to give knowing consent.

38.   During her confinement, Plaintiff feared for her safety and was aware Zeinalpoor-Movahed was detaining her.

39.   As a result of the aforementioned conduct, Plaintiff has sustained and will sustain physical injury, pain and suffering, serious psychological and emotional distress and mental anguish.

40.   As a direct and proximate result of the aforementioned conduct, Plaintiff has incurred medical expenses and other economic damages and is obligated to expend sums of

money for medical care and attention in an effort to alleviate her pain and suffering, emotional distress, and mental anguish. She was unable, and continues to be unable, to pursue her usual activities and employment to the same degree, due to her psychological and emotional injuries and damages.

WHEREFORE, Plaintiff, seeks judgment against Defendant, in an amount in excess of the jurisdictional minimum of this Court, and any and all other relief to which she may be entitled.

## COUNT IV
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

41.   Plaintiff Jane Doe restates and incorporates by reference the preceding paragraphs as if fully set forth herein.

42.   Zeinalpoor-Movahed's extreme and outrageous conduct intentionally or recklessly caused severe emotional distress to Plaintiff.

43.   Zeinalpoor-Movahed's outrageous conduct was not the type of ordinary rude or obnoxious behavior that Plaintiff should be expected to weather. Rather, Zeinalpoor-Movahed's conduct exceeded all possible bounds of decency.

44.   Zeinalpoor-Movahed acted with intent or recklessness, knowing there was a high probability that Plaintiff would endure emotional distress. Indeed, he used this distress to subdue and threaten Plaintiff. He did so with deliberate disregard as to the high possibility that severe emotional distress would occur.

45.   Zeinalpoor-Movahed's conduct caused emotional suffering for Plaintiff at levels that no reasonable person should have to endure.

46.     As a direct and proximate result of the aforementioned conduct, Plaintiff has incurred medical expenses and other economic damages and is obligated to expend sums of money for medical care and attention in an effort to alleviate her pain and suffering, emotional distress, and mental anguish. She was unable, and continues to be unable, to pursue her usual activities and employment to the same degree, due to her psychological and emotional injuries and damages.

WHEREFORE, Plaintiff, seeks judgment against Defendant, in an amount in excess of the jurisdictional minimum of this Court, and any and all other relief to which she may be entitled.

## COUNT V

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

47.     Plaintiff Jane Doe restates and incorporates by reference the preceding paragraphs as if fully set forth herein.

48.     Zeinalpoor-Movahed's conduct negligently caused emotional distress to Plaintiff.

49.     Zeinalpoor-Movahed had a duty to the Plaintiff.

50.     Zeinalpoor-Movahed breached that duty by sexually assaulting Plaintiff.

51.     Zeinalpoor-Movahed could reasonably foresee that his action would have caused emotional distress to Plaintiff.

52.     Plaintiff was in a specific zone of danger with Zeinalpoor-Movahed and at risk of physical harm, causing her fear.

53.     Plaintiff, immediately or shortly after the assault by Zeinalpoor-Movahed, suffered distress and emotional harm.

- 8 -

010920-15/1267898 V1

54. As a direct and proximate result of the aforementioned conduct, Plaintiff has incurred medical expenses and other economic damages and is obligated to expend sums of money for medical care and attention in an effort to alleviate her pain and suffering, emotional distress, and mental anguish. She was unable, and continues to be unable, to pursue her usual activities and employment to the same degree, due to her psychological and emotional injuries and damages.

WHEREFORE, Plaintiff, seeks judgment against Defendant, in an amount in excess of the jurisdictional minimum of this Court, and any and all other relief to which she may be entitled.

## COUNT VI

## GENDER VIOLENCE ACT (740 ILCS 82/1, et seq.)

55. Plaintiff Jane Doe restates and incorporates by reference the preceding paragraphs as if fully set forth herein.

56. At all times relevant, there was in effect the Gender Violence Act (740 ILCS 82/1, et seq. (the "Act"), which defines "gender-related violence," which is a form of sex discrimination, as:

1) "One or more act of violence or physical aggression satisfying the elements of batter under the laws of Illinois that are committed, at least in part, on the basis of the person's sex..."

2) "A physical intrusion or physical invasion of a sexual nature under coercive conditions satisfying the elements of batter under the laws of Illinois..."

3) "A threat of an act described in (1) or (2) causing a realistic apprehension that the originator of the treat will commit the act."

57. For purposes of the Act, "perpetrating means either personally committing the

- 9 -

gender-related violence or personally encouraging or assisting the act or acts of gender-related violence."

58.     Defendant Zeinalpoor-Movahed perpetrated gender related violence by willfully, wantonly subjecting Jane Doe to gender violence as described above, including assault, battery, false imprisonment, sexual assault, and rape with a conscious disregard for her safety and well-being.

59.     As a proximate result of the willful and wanton violations of the Act, as set forth above, Jane Doe suffered injuries, pain and suffering, emotional distress, and mental anguish.

WHEREFORE, Plaintiff Jane Doe asks that a judgement be entered against the Defendant, for a fair and just amount in excess of the jurisdictional minimum of this Court, plus attorney's fees and costs as provided for by the statute, and all other relief to which Plaintiffs may be entitled.

By: _____
Whitney K. Siehl

Whitney K. Siehl
Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
Tel: (708) 628-4949
whitneys@hbsslaw.com

Steve W. Berman
Shelby Smith
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com
Attorneys for Plaintiff

- 10 -

010920-15/1267898 V1



## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVISION

JANE DOE,                          )
             Plaintiff,       )        No. 22 L 11496
                              )
      v.                           )
Ryan Zeinalpoor-Movahed,            )
an individual,                      )
             Defendant.       )

### ORDER

This matter coming to be heard on Plaintiff's Petition to Proceed under a Fictitious Name, the Court being fully advised finds as follows:

Pursuant to *In re Marriage of Johnson*, 232 Ill. App. 3d 1068 (4th Dist. 1992), the Court has balanced Plaintiff's right to privacy against the public's right of access to open court proceedings. Plaintiff contends there is a compelling interest because this lawsuit involves matters of a highly sensitive and personal nature, including gender-related violence and sexual abuse, and Plaintiff will suffer needless humiliation, embarrassment, harassment and additional injuries if her identity is made public.

The Court finds there is a compelling interest that favors Plaintiff's right to privacy in keeping her name from the public and such right is superior to the public's right of access to an open proceeding. *See Doe v. Doe*, 282, Ill App. 3d 1078, 1088 (1st Dist. 1996).

The Court further finds that the privacy issue involved shall be protected in the least restrictive way possible. The Court finds that the least restrictive way to protect the privacy of Plaintiff is by proceeding under a fictitious name.

This order may be reconsidered if Plaintiff takes any steps to make Plaintiff's name known to the public and shall be reconsidered by the trial judge at the time of jury selection.

Plaintiff shall file a copy of the Complaint with Plaintiff's actual name under seal with the Clerk of the Court and to remain under seal until further order of the Court.

ENTERED:

ENTERED
Presiding Judge James P. Flannery-1505

DEC 29 2022

IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Atty No. 41580
Name Hagens Berman Sobol Shapiro LLP
Attorney for Plaintiff
Address 455 N. Cityfront Plaza Drive, Suite 2410
City Chicago, Illinois 60611

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801, DALEY CENTER.
CHICAGO IL-60602

Doe Jane

-
whitneys@hbsslaw.com

NOTICE OF ZOOM CASE MANAGEMENT

CASE: 2022L011496 / Jane Doe -vs- Ryan Zeinalpoor-Movahed

This cause is scheduled for initial case management via Zoom
before Judge, Durkin, Melissa A. On Tuesday February 28 2023 at 09:30 AM
      ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 922 9776 9842  PASSWORD: 184216

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For all questions or inability to access Zoom on the initial CMC
date, email: LAW.CALCcc@cookcountyil.gov or phone: (312) 603-6062
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.



Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, C

FILED
2/1/2023 12:24 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L011496
Calendar, C
21289373

FILED DATE: 2/1/2023 12:24 PM   2022L011496



## RETURN OF SERVICE

00592749/ rl

NO. 2022L011496 CIRCUIT COURT OF COOK
COUNTY - ILLINOIS

STATE OF WASHINGTON   )
                       )   ss.
COUNTY OF KING         )

PROCESS: Summons; Complaint at Law

JANE DOE

vs.

RYAN ZEINALPOOR-MOVAHED

DATE RECEIVED:      12/30/2022
DATE SERVED:        1/19/2023 @ 11:40 AM
DATE OF RETURN:     1/20/2023
NAMED PARTY:        RYAN ZEINALPOOR-
                    MOVAHED

I, BEN WHEELER, BEING FIRST DULY SWORN, UPON OATH, DEPOSE AND STATE THAT I AM A CITIZEN
OF THE UNITED STATES, A CITIZEN AND RESIDENT OF THE STATE OF WASHINGTON, OVER THE AGE OF
EIGHTEEN YEARS, NOT A PARTY TO, NOR INTERESTED IN ANY WAY IN THIS ACTION, AM COMPETENT
TO BE A WITNESS THEREIN. I AM A DULY APPOINTED, QUALIFIED DEPUTY SHERIFF OF THE KING
COUNTY SHERIFF'S OFFICE, KING COUNTY, STATE OF WASHINGTON, AND WAS SUCH DEPUTY SHERIFF
AT ALL TIMES HEREIN MENTIONED. UNDER THE STATUTES OF THE STATE OF WASHINGTON, A
DEPUTY SHERIFF POSSESSES THE POWER TO PERFORM CERTAIN DUTIES PRESCRIBED BY LAW TO BE
PERFORMED BY THE SHERIFF, INCLUDING SERVING OR EXECUTING ACCORDING TO LAW ALL
PROCESS, WRITS, PRECEPTS, AND ORDERS ISSUED OR MADE BY LAWFUL AUTHORITY AND TO HIM
DIRECTED.

I RECEIVED THE ABOVE-NAMED PROCESS AND PERSONALLY SERVED A TRUE COPY OF SAID PROCESS
UPON THE NAMED PARTY, RYAN ZEINALPOOR-MOVAHED, ON THE DATE ABOVE SPECIFIED,

AT 921 NW 63RD STREET SEATTLE, WA 98107 IN SAID KING COUNTY.

SHERIFF PATRICIA COLE-TINDALL
KING COUNTY SHERIFF'S OFFICE

SHERIFF'S FEES

BY _____
BEN WHEELER
KING COUNTY DEPUTY SHERIFF
516 3rd AVENUE ROOM W-150
SEATTLE, WA 98104
TELEPHONE: (206) 263-2600
FAX: (206) 296-0918
E-MAIL: Civil.KCSO@kingcounty.gov

Mileage ($6.00)
Return of Service ($28.00)
Service Fee ($36.00)
Total: $70.00

5/2015

All Law Division Titles forms approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Age4906/SelectTab/12
Remote Court date: 2/28/2023 9:30 AM

| CIRCUIT COURT | SUMMONS | **FILED**<br>12/29/2022 1:09 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L011496<br>Calendar, C<br>20838183 |
|---|---|---|

Cook _____ COUNTY

**Instructions ▾**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Jane Doe
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

Ryan Zeinalpoor-Movahed, an Individual
**Defendant / Respondent** *(First, middle, last name)*

Case Number:

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help on 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

1. **Defendant/Respondent's address and service information:**

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

   a. Defendant/Respondent's primary address/information for service:
   Name *(First, Middle, Last)*: Ryan Zeinalpoor-Movahed
   Registered Agent's name, if any: _____
   Street Address, Unit #: 921 NW 63rd Street
   City, State, ZIP: Seattle, WA 98107
   Telephone: (815) 566-2893    Email: ryanmovahed@gmail.com

In 1b, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
   Name *(First, Middle, Last)*: _____
   Street Address, Unit #: _____
   City, State, ZIP: _____
   Telephone: _____    Email: _____

In 1c, check how you are sending your documents to Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
   ☐ Sheriff    ☑ Sheriff outside Illinois: King County, Seattle, WA
                                             *County & State*
   ☐ Special process server    ☐ Licensed private detective

Index 023

SU-S 1503.2

Page 1 of 4

(06/21)

*(Left margin, vertical text):* FILED DATE: 2/1/2023 12:24 PM    2022L011496

Enter the Case Number given by the Circuit Clerk: _____

**2. Information about the lawsuit:**
Amount claimed: $ 5,000,000.00

*In 2, enter the amount of money owed to you.*

**3. Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*: Whitney K. Siehl
Street Address, Unit #: 455 N. Cityfront Plaza Dr., Suite 2410
City, State, ZIP: Chicago, IL 60611
Telephone: (708) 628-4949        Email: WhitneyS@hbsslaw.com

*In 3, enter your complete address, telephone number, and email address, if you have one.*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*.
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms.

**4. Instructions for person receiving this *Summons* (Defendant):**

*Check 4a or 4b. If Defendant/Respondent only needs to file an Appearance and Answer/Response within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.*

☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
Address: 50 W. Washington Street
City, State, ZIP: Chicago, IL 60602

*In 4a, fill out the address of the court building where the Defendant may file or e-file their Appearance and Answer/ Response.*

☑ b. Attend court:
On: 2/28/23 at 9:30 ☒ a.m. ☐ p.m. in 2203
    *Date*        *Time*                        *Courtroom*
In-person at:

*In 4b, fill out:*
- *The court date and time the clerk gave you.*
- *The courtroom and address of the court building.*
- *The call-in or video information for remote appearances (if applicable).*
- *The clerk's phone number and website. All of this information is available from the Circuit Clerk.*

_____  _____  _____  _____
*Courthouse Address*        *City*                        *State*        *ZIP*
OR
**Remotely** (You may be able to attend this court date by phone or video conference.
This is called a "Remote Appearance"):
By telephone: (312) 626-6799
                *Call-in number for telephone remote appearance*

By video conference: _____
                        *Video conference website*
ID: 922 9776 9840        Psswd: 184216
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                        *Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
    *Website*

12/29/2022 1:09 PM IRIS Y. MARTINEZ

**Witness this Date:** _____

**Clerk of the Court:** _____

*STOP!*
*The Circuit Clerk will fill in this section.*

*STOP!*
*The officer or process server will fill in the Date of Service.*

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
                (Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)

*Seal of Court*

SU-S 1503.2                    Page 2 of 4                    (06/21)

FILED DATE: 2/1/2023 12:24 PM 2022L011496