# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Jane Doe
                         Plaintiff,

v.                                      Case No.: 1:23−cv−00839
                                               Honorable John J. Tharp Jr.

Ryan Zeinalpoor−Movahed
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2023:

       MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to file an amended notice of removal [7] is granted. The defendant's motion for an extension of time to respond [6] is granted. The defendant's responsive pleading is due by 03/10/2023. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.