## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe
                         Plaintiff,

v.                                                       Case No.: 1:23−cv−00839
                                                        Honorable John J. Tharp Jr.

Ryan Zeinalpoor−Movahed
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2023:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's agreed motion for extension of time [30]−−−erroneously presented to the Presiding Judge−−−is granted. Parties are ordered to adhere to the following amended written discovery schedule: (1) serve answers to written discovery requests by June 2, 2023; (2) confer about the adequacy of the discovery responses by June 16, 2023; and (3) file a joint status report identifying each side's written discovery issues (must identify the specific interrogatories and requests to produce), along with the relevant written discovery responses as exhibits, by June 23, 2023. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.